### IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAINT VINCENT HEALTH CENTER | ) | Civil Action No. 04-CV-342 |
| | ) | Erie Division |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| BEECH STREET CORPORATION, | ) | |
| | ) | (Electronically Filed) |
| Defendant. | ) | |

### BEECH STREET CORPORATION'S SUPPLEMENTAL F.R.CIV.P. 7.1 DISCLOSURE STATEMENT

Defendant, Beech Street Corporation, pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, hereby supplements its original F.R.Civ.P. 7.1 Disclosure Statement by setting forth that pursuant to an agreement that became final on or about October 3, 2005, it has been acquired by Concentra Operating Corporation which is a wholly owned subsidiary of Concentra, Inc.  No publicly held corporation owns 10% or more of the stock of either Concentra Operating Corporation or Concentra, Inc.

Respectfully submitted,

By: S/ Nina M. Faber_____
    Dianna C. Wyrick
    PA I.D. #74515
    Nina M. Faber
    Pa. I.D. #86092

    REED SMITH LLP
    425 Sixth Avenue
    Pittsburgh, PA  15219
    (412) 288-3131

    Counsel for Defendant Beech Street
    Corporation, now part of Concentra
    Operating Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Beech Street Corporation's Supplemental F.R.Civ.P. 7.1 Disclosure Statement** was filed electronically with the United States District Court for the Western District of Pennsylvania with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 21st day of November, 2005.

John McCandless, Esquire
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Boulevard
Erie, PA  16506-4508


S/  Nina M. Faber
Counsel for Defendant Beech Street
Corporation, now part of Concentra Operating
Corporation