IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAINT VINCENT HEALTH CENTER : | Civil Action No. 04-CV-342 |
| Plaintiff : | Erie Division |
| : | |
| v. : | Judge Maurice B. Cohill, Jr. |
| : | |
| BEECH STREET CORPORATION, : | |
| Defendant : | |

### AMENDED CASE MANAGEMENT ORDER

AND NOW, TO-WIT, this 25th day of January, 2006, upon consideration of the foregoing Motion it is hereby ORDERED that the Case Management Order of June 8, 2005 is amended as follows:

5.  The parties shall complete discovery on or before May 30, 2006;

6.  The parties shall file Motions for Judgment on the Pleadings, for Summary Judgment, or to Dismiss, if appropriate, on or before June 30, 2006. All responses to such Motions shall be accompanied by Briefs and shall be filed on or before July 31, 2006.

7.  If the parties do not file Motions for Judgment on the Pleadings, for Summary Judgment, or to Dismiss, Plaintiff's Pre-Trial Narrative Statement shall comply with Local Rule 16.1.4A and be filed on or before July 7, 2006.

12. If the case is not to be decided on dispositive motions, the case shall be called for trial in September, 2006.

In all other respects, the Order of June 8, 2005 shall remain in effect.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Sr.
United States District Judge