IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SAINT VINCENT HEALTH CENTER : Civil Action No. 04-CV-342
    Plaintiff, : Erie Division
                      :
           v. :
                      :
BEECH STREET CORPORATION, : Judge Maurice B. Cohill, Jr.
    Defendant. :

## ORDER

      AND NOW, this _____ day of _____, 2006, upon consideration of

Defendant Beech Street Corporation's Motion For Leave of Court to File an Amended Answer,

it is hereby ORDERED that said Motion is GRANTED.


                          _____
                          Maurice B. Cohill, Jr.
                          United States District Judge