IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAINT VINCENT HEALTH CENTER | : | Civil Action No. 04-CV-342 |
| Plaintiff, | : | Erie Division |
| | : | |
| v. | : | |
| | : | |
| BEECH STREET CORPORATION, | : | Judge Maurice B. Cohill, Jr. |
| Defendant. | : | |

### ORDER

AND NOW, this 23rd day of March, 2006, upon consideration of Defendant Beech Street Corporation's Motion For Leave of Court to File an Amended Answer, it is hereby ORDERED that said Motion is GRANTED. Defendant shall file the Amended Answer by March 30, 2006.

_____
Maurice B. Cohill, Jr.
United States District Judge