IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAINT VINCENT HEALTH CENTER,<br>　　Plaintiff | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Civil Action No. 04-CV-342 <br><br>Erie Division <br><br>Judge Maurice B. Cohill, Jr. |
| 　　　　　v. | | |
| BEECH STREET CORPORATION,<br>　　Defendant | | |

### STIPULATION FOR SETTLEMENT AND DISMISSAL

We the attorneys for the respective parties, do hereby stipulate that the above captioned matter is settled and dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

By: _____
John W. McCandless, Esquire
PA ID No. 27928
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222
Attorneys for Plaintiff

REED SMITH LLP

By: _____
Dianna C. Wyrick, Esquire
PA ID No. 74515
435 Sixth Street
Pittsburgh, PA 15219
(412) 288-3131
Attorneys for Defendant

### ORDER

AND NOW, this _____ day of _____ 2006 IT IS SO ORDERED.

_____ J.